IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wright, Mary M

Printed: 01/06/09

Case Number: 08 B 15152
Judge: Squires, John H
Filed: 6/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 19, 2008
Confirmed: August 27, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 110.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 102.85 |
| Trustee Fee: |  | 7.15 |
| Other Funds: |  | 0.00 |
| Totals: | 110.00 | 110.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 3,000.00 | 102.85 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 18.00 | 0.00 |
| 3. | Nationwide Acceptance Corp | Unsecured | 116.83 | 0.00 |
| 4. | Consumer Portfolio Services | Unsecured | 136.02 | 0.00 |
| 5. | Michael Reese Hospital And Medical Cntr | Unsecured | 20.00 | 0.00 |
| 6. | Sallie Mae | Unsecured | 126.74 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 20.64 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 2,112.79 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 70.45 | 0.00 |
| 10. | Bank Of America | Unsecured |  | No Claim Filed |
| 11. | Capital Management | Unsecured |  | No Claim Filed |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | Americas Financial Choice Inc | Unsecured |  | No Claim Filed |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | HSBC | Unsecured |  | No Claim Filed |
| 16. | KB Merrill | Unsecured |  | No Claim Filed |
| 17. | Harris & Harris | Unsecured |  | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,621.47 | $ 102.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 7.15 |
|  | $ 7.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wright, Mary M | Case Number: 08 B 15152 |
| | Judge: Squires, John H |
| Printed: 01/06/09 | Filed: 6/13/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

